Nick A. Ortiz (Cal. Bar No. 217489)
nick@ortizlawfirm.com
Ortiz Law Firm
316 S Baylen St, Ste 590
Pensacola, FL 32502
(850) 308-7833 (T)
(850) 208-3613 (F)
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DISTRICT**

| | |
|---|---|
| ARA SHIRVANIAN,<br><br>         Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>         Defendant. | Case No.:<br><br>**COMPLAINT** |

   COMES NOW the Plaintiff, ARA SHIRVANIAN, by and through the undersigned attorneys, and files this Complaint stating causes of action against Defendant, LIFE INSURANCE COMPANY OF NORTH AMERICA, and alleges as follows:

   1.   This is an action for recovery of benefits under employee welfare benefit plans brought pursuant to 29 U.S.C. §1132(a)(1)(b)(ERISA).

   2.   Plaintiff, ARA SHIRVANIAN, is an adult resident citizen of San Bernardino County, California.

   3.   Defendant, LIFE INSURANCE COMPANY OF NORTH AMERICA (hereinafter "LINA"), is a foreign corporation authorized to engage and engaging in business within the State of California.

COMPLAINT                              1

4. This Court maintains subject matter jurisdiction over this action pursuant to 29 U.S.C. § 1132(e) and 28 U.S.C. § 1331.

## **COUNT I – BREACH OF CONTRACT**

5. Plaintiff and/or his employer, Target Corporation, purchased through his employer a contract of salary continuance insurance including long term disability (LTD) benefits (hereinafter "the LTD Plan"), effective April 1, 2019.

6. At all times material to this Complaint, the LTD Plan was in full force and effect and Plaintiff was an LTD Plan participant.

7. Defendant, LINA, is in possession of all master LTD Plan documents.

8. Defendant is a third party plan administrator or claims fiduciary given discretion to interpret LTD Plan provisions and is an LTD Plan fiduciary, or alternatively, is an LTD plan fiduciary without discretion to interpret LTD Plan provisions.

9. On or about June 9, 2020, Plaintiff became totally disabled from his past employment as defined by the LTD Plan, due to exertional and non-exertional impairments.

10. Plaintiff made a timely application for disability benefits under the LTD Plan.

11. On or about February 2, 2021, Plaintiff's application for benefits was denied by Defendant or its agents.

12. Plaintiff appealed said denial of benefits and Defendant upheld its previous decision to deny the claim for benefits on June 25, 2021.

13. Plaintiff continues to remain totally disabled from employment, as defined by the Plan, due exertional and non-exertional impairments.

14. Plaintiff has exhausted all administrative remedies afforded by the Plan and has otherwise complied with all conditions precedent to this action.

15. Each of the Defendant's denials of Plaintiff's claims for LTD benefits

constituted abuse of Defendant's discretion under the Plan and derogated Plaintiff's right to disability benefits under the terms of the Plan.

WHEREFORE, Plaintiff prays for a judgment against the Defendant for all LTD Plan benefits owing at the time of said judgment, pre-judgment interest, attorney's fees, costs of this action, and all other relief deemed just and proper by the Court.

Dated: 1/18/2022

*/s/ Nick A. Ortiz*
Nick A. Ortiz, Esq.
Attorney for Plaintiff