Nick A. Ortiz (Cal. Bar No. 217489)
E-mail: nick@ortizlawfirm.com
Ortiz Law Firm
316 S. Baylen St., Suite 590
Pensacola, FL 32502
Tel: 850.308.7833  Fax: 850.208.3613

Attorney for Plaintiff Ara Shirvanian

Daniel W. Maguire (SBN 120002)
E-mail: dmaguire@bwslaw.com
Edith Sanchez Shea (SBN 177578)
E-mail: kkojima@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600  Fax: 213.236.2700

Attorneys for Defendant
Life Insurance Company of North America

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**

| | |
|---|---|
| ARA SHIRVANIAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>　　　　Defendant. | Case No. 5:22-cv-00102 SSS (SPx)<br><br>**JOINT NOTICE OF SETTLEMENT** |

TO THE HONORABLE COURT:

PLEASE TAKE NOTICE that the parties to the above-entitled action have reached a settlement which disposes of this matter in its entirety. The parties are in the process of finalizing the settlement documents, and anticipate that they will be

///

///

in a position to file a stipulation for dismissal of all claims against Defendant Life Insurance Company of North America, with prejudice, within the next 30 days.

DATED: July 7, 2022           ORTIZ LAW FIRM

                              By: *s/ Nick A. Ortiz*
                              NICK A. ORTIZ
                              Attorney for Plaintiff
                              Ara Shirvanian

DATED: July 7, 2022           BURKE, WILLIAMS & SORENSEN, LLP

                              By: *s/ Daniel W. Maguire*
                              DANIEL W. MAGUIRE
                              EDITH SANCHEZ SHEA
                              Attorneys for Defendant
                              Life Insurance Company of North America

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to Nick A. Ortiz, counsel for Plaintiff Ara Shirvanian, and that I have obtained Mr. Ortiz' authorization to affix his electronic signature to this document.

                              By: *s/ Daniel W. Maguire*
                              DANIEL W. MAGUIRE
                              EDITH SANCHEZ SHEA
                              Attorneys for Defendant
                              Life Insurance Company of North America