UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| ARA SHIRVANIAN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>　　　　　Defendant. | Case No. 5:22-cv-00102 SSS (SPx)<br><br>**ORDER TO DISMISS ACTION WITH PREJUDICE** |

　　Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this matter shall be dismissed in its entirety, with prejudice. Each party is to bear their own attorneys' fees and costs.

　　IT IS SO ORDERED.

DATED: July 13, 2022

_____
HON. SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE